UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
GERALDINE E. TILLEY,        )
                            )
            Plaintiff,      )
                            )
v.                          )   Civil Action
                            )   No. 04-CV-11220
1836 COUNTRY STORE, et al., )
                            )
            Defendants.     )
_____)
```

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter our appearance as counsel for all defendants in this matter. Kindly note that as attorneys for all defendants we waive service of a summons on each defendant's behalf pursuant to Fed. R. Civ. P. 4(d), but by doing so do not waive any defenses, including lack of personal jurisdiction over the defendants.

_____
David M. O'Connor
BBO No. 544166
Joseph C. Abate
BBO No. 566705
O'CONNOR & ASSOCIATES
100 State Street, 4th Floor
Boston, MA 02109
(617) 723-7201

DATED: June 28, 2004

**CERTIFICATE OF SERVICE**

    I, Joseph C. Abate, hereby certify that a true and accurate copy of the above document was served by 1st class mail on all counsel of record on June 28, 2004.

_____
Joseph C. Abate