UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALDINE E. TILLEY,                    )
                                        )
                  Plaintiff,            )
                                        )
v.                                      )
                                        )        Civil Action
1836 COUNTRY STORE, et al.,             )        No. 04-CV-11220 NG
                                        )
                  Defendants.           )
                                        )

## AFFIDAVIT OF JOSEPH C. ABATE

I, Joseph C. Abate, am an associate at O'Connor & Associates, the firm that represents the defendants in this case. Attached are copies of all the original affidavits that were returned by the defendants. The originals will be brought to the hearing or made available at plaintiff's request. Those defendants for whom no affidavit is attached have not returned an affidavit. The reasons why no affidavit was returned are unknown and presumably various (wrong address, no longer in business, etc).

Signed under the penalties of perjury this 9th day of August, 2004.


_____
Joseph C. Abate