UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11220-NG

GERARDINE E. TILLEY,
        Plaintiff,
v.

1836 COUNTRY STORE, *et al.*,
        Defendants.

**MOTION TO ENLARGE (ASSENTED TO)**

Gerardine E. Tilley ("Ms. Tilley") moves to enlarge the time for opposing or otherwise responding to defendants' Motion to Dismiss Complaint ("motion") from August 23, 2004 until September 10, 2004. As grounds, Ms. Tilley's lead counsel on this matter, James C. Duda, is on vacation until August 25, 2004 and is unavailable to prepare a response to the motion. Defendants, by Joseph C. Abate, assent to this motion.

                                      The Plaintiff,
                                      GERARDINE E. TILLEY,
                                      By Her Attorneys:

Dated: August 11, 2004            /s/ Sandra J. Staub
                                      Sandra J. Staub
                                      BBO No. 555544
                                      Bulkley, Richardson and Gelinas, LLP
                                      1500 Main Street - Suite 2700
                                      Springfield, MA 01115-5507
                                      Tel: (413) 781-2820
                                      Fax: (413) 272-6804