UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11220-NG

|  |  |
|---|---|
| GERARDINE E. TILLEY,<br><br>Plaintiff,<br><br>v.<br><br>1836 COUNTRY STORE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please withdraw my appearance as attorney for the plaintiff, Gerardine E. Tilley, in the

captioned action.  James C. Duda remains counsel of record for Gerardine E. Tilley.

Dated:  August 11, 2004

/s/ Sandra J. Staub
Sandra J. Staub
BBO No. 555544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
Springfield, MA 01115-5507
Tel:  (413) 781-2820
Fax:  (413) 272-6804

276314