UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERARDINE E. TILLEY,<br>　　　　Plaintiff,<br><br>v.<br><br>1836 COUNTRY STORE, et al.<br>　　　　Defendants. | Civil Action No. 04-CV-11220 |

## CONSENTED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Fed. R. Civ. P. 6, defendant C&J Cards d/b/a CardSmart ("C&J") hereby moves that the time by which C&J must answer or otherwise respond to the Complaint be enlarged up to and including Tuesday, September 21, 2004. Counsel for plaintiff Gerardine Tilley consents to this motion.

　　　　　　　　　　　　　　　　　　　C&J CARDS d/b/a CARDSMART

　　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert M. Duffy, Esq. (BBO #552840)
　　　　　　　　　　　　　　　　　　　Ralph N. Gaboury, Esq. (BBO #655431)
　　　　　　　　　　　　　　　　　　　DUFFY SWEENEY & SCOTT, LTD
　　　　　　　　　　　　　　　　　　　One Turks Head Place, Suite 1200
　　　　　　　　　　　　　　　　　　　Providence, Rhode Island 02903
　　　　　　　　　　　　　　　　　　　(401) 455-0700
　　　　　　　　　　　　　　　　　　　(401) 455-0701 (*facsimile*)

Dated: September 3, 2004

## CERTIFICATE OF SERVICE

To:

James C. Duda, Esq.
BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
Post Office Box 15507
Springfield, MA 01115-5507

    I hereby certify that on the ___ day of September, 2004, a true and correct copy of the within *CONSENTED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND* was forwarded by First Class Mail to the above-listed attorney of record.

_____

*H:\Clients\Paramount Cards\CardSmart\Tilley\Pleadings\Stipulation TO EXTEND TIME TO ANSWER (rng).doc*