# EXHIBIT A

**Dennis East INTERNATIONAL INC.**

June 17, 2004

RE: Tilley v. 1836 Country Store, et al.
U.S. District Court (Boston)
Civil Action No. 04-CV-11220

Dear Customer:

We regret that Ms. Tilley has named you in this new lawsuit. Be assured that we are very familiar with her claims, and recently received a favorable jury verdict in which she unsuccessfully argued that Dennis East's infringement was intentional.

Please also be advised that our insurance company, U.S. Fire Insurance Company, has agreed to defend and to indemnify each of you for the claims asserted in this recent complaint up to the policy limits. The firm that will defend you, O'Connor & Associates, successfully defended us. At times you will be asked to assist O'Connor & Associates by providing information and the like, but rest assured that you will not have to pay for any costs or legal fees associated with this case.

At this time, the attorneys at O'Connor & Associates ask that you sign and return the waiver of summons form in the envelope provided by attorney Staub. By doing so before July 8, 2004, you will <u>not</u> waive any potential defenses, and will allow O'Connor & Associates to start defending the case promptly.

Second, the attorneys at O'Connor & Associates ask that you send them: (1) copies of any records showing what profits you earnd on the sale of the items identified in the complaint (i.e., records that show the price paid for the items and the price(s) they sold for); (2) the enclosed confidential questionnaire; and (3) the <u>original</u> of the enclosed affidavit, signed by the appropriate representative of your company. The affidavit will help us determine whether jurisdiction in Massachusetts is appropriate for your company. For companies without sufficient ties to Massachusetts jurisdiction is inappropriate, and O'Connor & Associates will request that the Court dismiss those defendants.

P.O. Box 8   Dennisport, MA 02639   tel: 1.800.430.5665   fax: 1.508.760.9922

**Dennis East**
INTERNATIONAL INC.

Thank you for your patience and assistance with this matter. Rest assured that we will streamline this process and that your involvement will be kept to a minimum. Thank you for your assistance and your continued faith in Dennis East.

Dennis East

*[signature]*

Dale Endris, President

O'Connor & Associates

_____

Joseph C. Abate

Remember to:

1) Complete and return the signed waiver of service form to attorney Staub by July 8, 2004.

2) Complete and return the (1) <u>original</u> Affidavit form; (2) Questionnaire form; and (3) copies of company records showing profits earned on the sales of the items in question to:

   Joseph C. Abate, Esq.
   O'Connor & Associates
   100 State Street, 4th Floor
   Boston, MA 02109
   jabate@oconnorandassociates.com