| Item | Invoice # | Price | Cost | Name | Address | City | State | Zip | Cust ID # | AQTYSOLD | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16585 | 10056938 | $9.00 | $4.00 | ABIGAIL'S | 145 SPRING ST. | NEWTON | NJ | 07860 | 11457 | 4 | 19-Mar-99 |
| 16585 | 10078235 | $9.00 | $4.00 | ABIGAIL'S | 145 SPRING ST. | NEWTON | NJ | 07860 | 11457 | 4 | 10-Sep-99 |
| 16585 | 10072593 | $9.00 | $4.00 | ADVANTAGE WORLDWID INC. | 4647 SUNRAY DRIVE | HOLIDAY | FL | 34691 | 14940 | 4 | 02-Aug-99 |
| 16585 | 10088494 | $9.00 | $4.00 | ALWAYS IN SEASON | 420 W MAIN STREET | MOUNT STERLING | KY | 40353 | 16932 | 4 | 29-Nov-99 |
| 16585 | 10064239 | $9.00 | $4.00 | AMISH ACRES | 1600 WEST MARKET STREET | NAPPANEE | IN | 46550- | 06726 | 4 | 06-May-99 |
| 16585 | 10058059 | $7.50 | $4.00 | AMY'S HALLMARK (HOOVER) | 2000-299 GALLERIA MALL | HOOVER | AL | 35244- | 00679 | 4 | 25-Mar-99 |
| 16585 | 10062090 | $8.25 | $4.00 | ANDI'S HALLMARK | MARKETVIEW S/C | CHAMPAIGN | IL | 61820- | 02558 | 4 | 26-Apr-99 |
| 16585 | 10072136 | $9.00 | $4.00 | BASKET EXPRESSIONS | 474 BLUFF STREET | DUBUQUE | IA | 52001 | 07915 | 4 | 29-Jul-99 |
| 16585 | 10067814 | $9.00 | $4.00 | BASKET FULL (A) | 121 EAST MAIN STREET | BOALSBURG | PA | 16827 | 14113 | 4 | 10-Jun-99 |
| 16585 | 10055383 | $9.00 | $4.00 | BEEHIVE INTERIORS | 13061 ROSEDALE HWY. | BAKERSFIELD | CA | 93312 | 12647 | 4 | 09-Mar-99 |
| 16585 | 10093507 | $8.25 | $4.00 | BEVERLY'S HALLMARK | KENNEDY MEMORIAL DR. | WATERVILLE | ME | 04901- | 07382 | 4 | 19-Jan-00 |
| 16585 | 10083027 | $9.00 | $4.00 | BLAKESTAD DRUG | P.O.BOX567 | HUMBOLDT | IA | 50548 | 15879 | 4 | 18-Oct-99 |
| 16585 | 10061112 | $8.25 | $4.00 | BOB BOLEN'S INC. | 1663 W HENDERSON | CLEBURNE | TX | 76033 | 00871 | 4 | 21-Apr-99 |
| 16585 | 10068295 | $9.00 | $4.00 | BREWBAKER | 20902 WASHINGTON AVE | ONAWAY | MI | 49765 | 13998 | 4 | 15-Jun-99 |
| 16585 | 10067520 | $9.00 | $4.00 | C & J CARDS | PO BOX 110628 | TRUMBULL | CT | 06611- | 07022 | 4 | 08-Jun-99 |
| 16585 | 10076264 | $8.25 | $4.00 | CALABASH NAUTICAL GIFTS | 9973 BEACH DR. | CALABASH | NC | 28467 | 01657 | 4 | 26-Aug-99 |
| 16585 | 10056230 | $8.25 | $4.00 | CALABASH NAUTICAL GIFTS | 9973 BEACH DR. | CALABASH | NC | 28467 | 01657 | 12 | 16-Mar-99 |
| 16585 | 10058046 | $9.00 | $4.00 | CANDLE ESCENTS | RTE 430 | FINDLEY LAKE | NY | 14736- | 05108 | 8 | 25-Mar-99 |
| 16585 | 10058740 | $9.00 | $4.00 | CANE RIVER CRAFTS & GIFTS | 612 FRONT STREET | NATCHITOCHES | LA | 71457 | 12530 | 4 | 30-Mar-99 |
| 16585 | 10073833 | $7.50 | $4.00 | CARDSMART | BROOKSIDE PLAZA | ENFIELD | CT | 06082 | 14710 | 4 | 12-Aug-99 |
| 16585 | 10080910 | $9.00 | $4.00 | CARGO | 1241 E. MAIN | CARBONDALE | IL | 62901 | 15057 | 4 | 30-Sep-99 |
| 16585 | 10101337 | $10.00 | $4.00 | CARRIAGE HOUSE | 1260 PARIS PARK | GEORGETOWN | KY | 40324 | 18644 | 4 | 22-Mar-00 |
| 16585 | 10055045 | $9.00 | $4.00 | CARTER CANDLES | PO BOX 415 | ALDEN | MI | 49612 | 03332 | 4 | 05-Mar-99 |
| 16585 | 10055056 | $8.25 | $4.00 | CEDAR TRADING POST | 19852 JUNIPER RD. | APPLE VALLEY | CA | 92308 | 08333 | 4 | 05-Mar-99 |
| 16585 | 10081017 | $9.00 | $4.00 | CLINES HALLMARK | 5225 CANYON CREST DRIVE | RIVERSIDE | CA | 92507 | 15259 | 4 | 30-Sep-99 |
| 16585 | 10078694 | $9.00 | $4.00 | COACHES TIME FOR FLOWERS | 710 FIOT STREET | BETHLEHEM | PA | 18015 | 12398 | 4 | 14-Sep-99 |
| 16585 | 10062210 | $9.00 | $4.00 | COLONIAL ART & CRAFT SHOP | 25 W. PICCADILLY ST. | WINCHESTER | VA | 22601 | 09163 | 4 | 26-Apr-99 |
| 16585 | 10067613 | $9.00 | $4.00 | COMING HOME TO COUNTRY | 23 MAIN STREET | SAYVILLE | NY | 11782 | 14110 | 4 | 09-Jun-99 |
| 16585 | 10079821 | $9.00 | $4.00 | COMM. MEDICAL CTR/GIFT SHOP | 99 HIGHWAY 37 WEST | TOMS RIVER | NJ | 08755 | 11454 | 4 | 21-Sep-99 |
| 16585 | 10065273 | $9.00 | $4.00 | CONNECTICUT MEMORIES | 77 RAILROAD ST. | NEW MILFORD | CT | 06776 | 13718 | 4 | 14-May-99 |
| 16585 | 10070481 | $9.00 | $4.00 | COUNTRY CHARM | 3501 GRANVILLE AVENUE | MUNCIE | IN | 47303- | 06520 | 4 | 07-Jul-99 |
| 16585 | 10069155 | $9.00 | $4.00 | COUNTRY CLUTTER | 5003 WILLOW ROAD #114 | ALPINE | CA | 91901 | 14550 | 4 | 24-Jun-99 |
| 16585 | 10077650 | $9.00 | $4.00 | COUNTRY CLUTTER | 1 MILLS CIRCLE | ONTARIO | CA | 91764 | 08285 | 4 | 03-Sep-99 |
| 16585 | 10087658 | $9.00 | $4.00 | COUNTRY CLUTTER | 1 MILLS CIRCLE | ONTARIO | CA | 91764 | 08285 | 4 | 19-Nov-99 |
| 16585 | 10057461 | $9.00 | $4.00 | COUNTRY COBWEBS & | ARTISANS SAMPLER | WARNER | NH | 03278- | 04083 | 4 | 23-Mar-99 |
| 16585 | 10066950 | $9.00 | $4.00 | COUNTRY CREATIONS | 321 NORTH STAR ROAD | STRASBURG | PA | 17579 | 13796 | 4 | 03-Jun-99 |
| 16585 | 10061120 | $9.00 | $4.00 | COUNTRY HOME | 9730 LEYLAND DR. | MYRTLE BEACH | SC | 29572 | 13403 | 4 | 21-Apr-99 |
| 16585 | 10055544 | $9.00 | $4.00 | COUNTRY NOTCH | | NACHES | WA | 98937- | 06791 | 4 | 10-Mar-99 |
| 16585 | 10072679 | $9.00 | $4.00 | COUNTRY PEDDLER | 403-405 MAIN STREET | TOWANDA | PA | 18848 | 14342 | 4 | 03-Aug-99 |
| 16585 | 10060843 | $9.00 | $4.00 | COUNTRY PEDDLER (THE) | 2606 COASTAL HWY | OCEAN CITY | MD | 21842- | 06323 | 4 | 12-Apr-99 |
| 16585 | 10070963 | $9.00 | $4.00 | COUNTRY SHOPPE (THE) | 32057 BEAVER RUN DRIVE | SALISBURY | MD | 21804 | 06320 | 4 | 15-Jul-99 |
| 16585 | 10066566 | $9.00 | $4.00 | COUNTRY WOODSHOP | RD 1  BOX 199 | MONTROSE | PA | 18801 | 13936 | 4 | 01-Jun-99 |
| 16585 | 10056734 | $8.25 | $4.00 | CRAFT WAREHOUSE #3 | 604 NW EASTMAN PARKWAY | GRESHAM | OR | 97030 | 08987 | 4 | 18-Mar-99 |
| 16585 | 10072590 | $9.00 | $4.00 | CRIMSON RIDGE | 735 N. PERRYVILLE | ROCKFORD | IL | 61107- | 07341 | 12 | 02-Aug-99 |
| 16585 | 10070549 | $9.00 | $4.00 | CROW HAVEN FARM | 114 WEST SEEVIEW AVE. | LINWOOD | NJ | 08221 | 13535 | 4 | 08-Jul-99 |
| 16585 | 10101445 | $10.00 | $4.00 | DEBBIE HUNTER'S FLORIST | 402 N. MAIN ST. | NICHOLASVILLE | KY | 40356 | 16448 | 4 | 22-Mar-00 |
| 16585 | 10073693 | $9.00 | $4.00 | DECORATING ON A STRING | 28 BLACK MALLARD CIRCLE | FAIRPORT | NY | 14450 | 11475 | 4 | 11-Aug-99 |
| 16585 | 10094688 | $10.00 | $4.00 | DEE'S HALLMARK | 22283 MICHIGAN AVE | DEARBORN | MI | 48124 | 13996 | 4 | 31-Jan-00 |
| 16585 | 10111598 | $10.00 | $4.00 | DOBBS SALES CO. | RTE. 37 SOUTH | MOUNT VERNON | IL | 62864 | 04315 | 4 | 23-May-00 |
| 16585 | 10065155 | $8.25 | $4.00 | DOROTHY'S HALLMARK | TOWN & COUNTRY SHOPPING CENTER | COLUMBIA CITY | IN | 46725 | 11971 | 4 | 12-May-99 |
| 16585 | 10097412 | $10.00 | $4.00 | EDGEWATER GIFTS | 315 STATE STREET | SAINT JOSEPH | MI | 49085 | 18238 | 4 | 24-Feb-00 |
| 16585 | 10096287 | $10.00 | $4.00 | EXIT LTD (THE) | 1423 NORTH COOLIDGE AVENUE | PASADENA | CA | 91104 | 18150 | 4 | 14-Feb-00 |
| 16585 | 10091154 | $9.00 | $4.00 | FARMHOUSE TREASURES | P.O. BOX 1148 | JACKSONVILLE | OR | 97530 | 16592 | 4 | 20-Dec-99 |
| 16585 | 10056017 | $8.25 | $4.00 | FASHION SHOP OF KENTUCKY | 11008 DECIMAL DRIVE | LOUISVILLE | KY | 40299- | 00897 | 12 | 15-Mar-99 |
| 16585 | 10094464 | $10.00 | $4.00 | FLOWERS WOOD BE NICE | 4 LANGER AVENUE NORTH | CASSELTON | ND | 58012 | 17384 | 4 | 27-Jan-00 |
| 16585 | 10057572 | $9.00 | $4.00 | FOCASTLE FARM CNTRY STORE | 166 KINGSLEY RD. | BURNT HILLS | NY | 12027- | 04751 | 4 | 24-Mar-99 |

| Item | Invoice # | Price | Cost | Name | Address | City | State | Zip | Cust ID # | AQTYSOLD | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16585 | 10064199 | $9.00 | $4.00 | FOCASTLE FARM CNTRY STORE | 166 KINGSLEY RD. | BURNT HILLS | NY | 12027- | 04751 | 4 | |
| 16585 | 10082436 | $9.00 | $4.00 | FOCASTLE FARM CNTRY STORE | 166 KINGSLEY RD. | BURNT HILLS | NY | 12027- | 04751 | 4 | 06-May-99 |
| 16585 | 10101326 | $10.00 | $4.00 | FOCASTLE FARM CNTRY STORE | 166 KINGSLEY RD. | BURNT HILLS | NY | 12027- | 04751 | 4 | 14-Oct-99 |
| 16585 | 10067561 | $9.00 | $4.00 | FOUR SEASONS FLOWER SHOP | W 603 INDIANA AVE | SPOKANE | WA | 99205 | 14076 | 4 | 22-Mar-00 |
| 16585 | 10078448 | $7.50 | $4.00 | FRIENDLY GIFT SHOP | 4 BRANMAR PLAZA | WILMINGTON | DE | 19810 | 09028 | 4 | 08-Jun-99 |
| 16585 | 10070495 | $9.00 | $4.00 | FRY BROS.TURKEY ROAD | ROUTE 15 | TROUT RUN | PA | 17771 | 14490 | 12 | 13-Sep-99 |
| 16585 | 10057569 | $9.00 | $4.00 | GARDINER'S FURNITURE | 4241 BROOKHILL ROAD | BALTIMORE | MD | 21215 | 12512 | 4 | 07-Jul-99 |
| 16585 | 10096382 | $10.00 | $4.00 | GEORGETOWN AUTO SALES | 100 N. DUPONT HWY. | GEORGETOWN | DE | 19947 | 12319 | 4 | 24-Mar-99 |
| 16585 | 10068995 | $9.00 | $4.00 | GIFT BASKET | 301 OAK SPRING ROAD | WASHINGTON | PA | 15301 | 13982 | 4 | 15-Feb-00 |
| 16585 | 10081009 | $9.00 | $4.00 | GIFTS ON BROAD | 1041 BROAD ST. | CAMDEN | SC | 29020- | 07668 | 4 | 23-Jun-99 |
| 16585 | 10057564 | $7.50 | $4.00 | GIFTWICK SHOP | GADSDEN MALL | GADSDEN | AL | 35901- | 03160 | 4 | 30-Sep-99 |
| 16585 | 10059694 | $7.50 | $4.00 | GIFTWICK SHOP | 3401 BEL AIR MALL | MOBILE | AL | 36606- | 00683 | 4 | 24-Mar-99 |
| 16585 | 10059693 | $7.50 | $4.00 | GIFTWICK SHOP BIRMING | 228 CENTURY PLAZA | BIRMINGHAM | AL | 35210- | 00688 | 4 | 08-Apr-99 |
| 16585 | 10069596 | $9.00 | $4.00 | GINGERBREAD HOUSE INC. | 4932 BENCHMARK CENTRE DRIVE | SWANSEA | IL | 62226 | 14211 | 4 | 08-Apr-99 |
| 16585 | 10067612 | $9.00 | $4.00 | GIVING TREE | ATTN: SUZONNE WINDHAM | SAN JUAN CAPISTRANO | CA | 92675 | 14253 | 4 | 29-Jun-99 |
| 16585 | 10117176 | $10.00 | $4.00 | GOLDEN HAND GIFTS | PO BOX 192 | WEST ROCKPORT | ME | 04865 | 19030 | 4 | 09-Jun-99 |
| 16585 | 10071876 | $9.00 | $4.00 | GREAT CHESAPEAKE BAY CO. | CABIN JOHN MALL | POTOMAC | MD | 20854 | 13723 | 4 | 26-Jun-00 |
| 16585 | 10055388 | $8.25 | $4.00 | GREETINGS & READINGS | 809 TAYLOR AVE | TOWSON | MD | 21286- | 00857 | 4 | 22-Jul-99 |
| 16585 | 10095506 | $8.75 | $4.00 | GREGORY'S HALLMARK | 1400 PARAMUS PARK | PARAMUS | NJ | 07652 | 11517 | 4 | 09-Mar-99 |
| 16585 | 10082715 | $9.00 | $4.00 | HAFTA HAVIT | 160 SCHOOSETT ST | PEMBROKE | MA | 02359 | 09271 | 4 | 08-Feb-00 |
| 16585 | 10081971 | $9.00 | $4.00 | HAPPINESS SHOP | 266 EAST BROADWAY | JEFFERSON CITY | TN | 37760 | 15558 | 4 | 15-Oct-99 |
| 16585 | 10085624 | $9.00 | $4.00 | HARKEN HOUSE GIFT SHOP | 237 SPENCER RD. | WEBSTER GROVES | MO | 63119 | 16512 | 4 | 07-Oct-99 |
| 16585 | 10058062 | $7.50 | $4.00 | HEART & HOME | 708 BROOKWOOD VILLAGE | BIRMINGHAM | AL | 35209- | 05460 | 4 | 03-Nov-99 |
| 16585 | 10055730 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 25-Mar-99 |
| 16585 | 10055807 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 11-Mar-99 |
| 16585 | 10056039 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 12-Mar-99 |
| 16585 | 10056042 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 15-Mar-99 |
| 16585 | 10056181 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 15-Mar-99 |
| 16585 | 10056331 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 16-Mar-99 |
| 16585 | 10056332 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056333 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056334 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056335 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056336 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056337 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056704 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 17-Mar-99 |
| 16585 | 10056706 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056708 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056709 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056710 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056711 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056712 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056713 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056714 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056715 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10056716 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10057251 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 18-Mar-99 |
| 16585 | 10058374 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 21-Mar-99 |
| 16585 | 10058375 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 29-Mar-99 |
| 16585 | 10058513 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 29-Mar-99 |
| 16585 | 10058528 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058560 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058561 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058564 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058565 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058566 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |

| Item | Invoice # | Price | Cost | Name | Address | City | State | Zip | Cust ID # | AQTYSOLD | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16585 | 10058567 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058568 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10058569 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 30-Mar-99 |
| 16585 | 10059516 | $7.50 | $4.00 | HELLO CORP. | 142 GAZEBO PARK | JOHNSTOWN | PA | 15901- | 05313 | 4 | 07-Apr-99 |
| 16585 | 10061817 | $9.00 | $4.00 | HERB COTTAGE (THE) | WASHINGTON NATL CATHEDRAL | WASHINGTON | DC | 20016 | 08283 | 4 | 23-Apr-99 |
| 16585 | 10095794 | $8.75 | $4.00 | HIRONS | 185 E. 18TH STREET | EUGENE | OR | 97401 | 14584 | 4 | 09-Feb-00 |
| 16585 | 10082411 | $9.00 | $4.00 | HOME TREASURES LTD. | 10661 LOVELAND-MADEIRA ROAD | LOVELAND | OH | 45140 | 15526 | 4 | 14-Oct-99 |
| 16585 | 10081355 | $8.25 | $4.00 | HOPKINTON DRUG & HALLMARK | 52 MAIN STREET | HOPKINTON | MA | 01748- | 01244 | 4 | 04-Oct-99 |
| 16585 | 10073101 | $9.00 | $4.00 | HOSPITALITY PRODUCTS | 216 WILLOW AVE | HONESDALE | PA | 18431 | 13231 | 4 | 06-Aug-99 |
| 16585 | 10072799 | $9.00 | $4.00 | INTRINSIC | MONMOUTH MALL | EATONTOWN | NJ | 07724 | 14531 | 4 | 04-Aug-99 |
| 16585 | 10064681 | $9.00 | $4.00 | J & J APPAREL | 7384 NC 222 WEST | KENLY | NC | 27542- | 01259 | 4 | 07-May-99 |
| 16585 | 10056027 | $9.00 | $4.00 | JANINE'S HALLMARK | 744 N. MADISON BLVD | ROXBORO | NC | 27573 | 13022 | 4 | 15-Mar-99 |
| 16585 | 10089194 | $9.00 | $4.00 | JERUSALEM ANGEL COUNTRY | 416 WOODFALL DRIVE | WACO | TX | 76712 | 17021 | 4 | 02-Dec-99 |
| 16585 | 10103250 | $8.75 | $4.00 | JOHNNIE BROCK'S INC. | 4320 HAMPTON AVENUE | SAINT LOUIS | MO | 63109 | 08256 | 6 | 04-Apr-00 |
| 16585 | 10072303 | $9.00 | $4.00 | JUNIATA MARKETS | RR 5 BOX 502 | MIFFLINTOWN | PA | 17059 | 14614 | 4 | 30-Jul-99 |
| 16585 | 10071313 | $9.00 | $4.00 | KAISER GIFT SHOP | KAISER PERM. MEDICAL CENTER | FRESNO | CA | 93720-2942 | 14448 | 4 | 19-Jul-99 |
| 16585 | 10057095 | $8.25 | $4.00 | KATHY'S GIFTS BY DESIGN | 46 JACOBINS AVE | WAYNE | NJ | 07470 | 09391 | 4 | 21-Mar-99 |
| 16585 | 10078090 | $8.75 | $4.00 | KATHY'S GIFTS BY DESIGN | 46 JACOBINS AVE | WAYNE | NJ | 07470 | 09391 | 12 | 09-Sep-99 |
| 16585 | 10095805 | $9.00 | $4.00 | KATHY'S HALLMARK | 560 EAST 17TH | IDAHO FALLS | ID | 83404 | 14577 | 4 | 09-Feb-00 |
| 16585 | 10084089 | $9.00 | $4.00 | KERCHNER'S HALLMARK | 3025 CLEVELAND AVE. SW | CANTON | OH | 44707 | 16333 | 4 | 22-Oct-99 |
| 16585 | 10055714 | $9.00 | $4.00 | KITCHEN STUFF ETC. | P.O. BOX 151805 | LUFKIN | TX | 75915 | 12666 | 4 | 11-Mar-99 |
| 16585 | 10063986 | $9.00 | $4.00 | KLINKS DRUG STORE | 115 MAIN STREET | LAWRENCEBURG | KY | 40342 | 13485 | 4 | 05-May-99 |
| 16585 | 10120927 | $9.00 | $4.00 | KNOCK ON WOOD | RR1 BOX 302 | BAILEYVILLE | ME | 04694 | 05651 | 3 | 02-Aug-00 |
| 16585 | 10060479 | $9.00 | $4.00 | KRISTIN MICHAEL'S | 1044 STATE ST. | SCHENECTADY | NY | 12307- | 06459 | 4 | 15-Apr-99 |
| 16585 | 10064233 | $9.00 | $4.00 | LAKES REGIONAL HOSPITAL | GIFT SHOP | LACONIA | NH | 03246- | 06281 | 4 | 06-May-99 |
| 16585 | 10112141 | $10.00 | $4.00 | LAKES REGIONAL HOSPITAL | GIFT SHOP | LACONIA | NH | 03246- | 06281 | 4 | 25-May-00 |
| 16585 | 10058290 | $8.25 | $4.00 | LAMBRECHT'S | 119 N MINNESOTA | NEW ULM | MN | 56073- | 00809 | 4 | 29-Mar-99 |
| 16585 | 10063238 | $9.00 | $4.00 | LLOYD CO. (THE) | 113 EAST MAIN STREET | BAINBRIDGE | OH | 45612 | 13475 | 4 | 30-Apr-99 |
| 16585 | 10067217 | $8.25 | $4.00 | LOCK STOCK & BARREL GIFTS | 540 MIRACLE MILE DR | ROCHESTER | NY | 14623 | 09500 | 12 | 04-Jun-99 |
| 16585 | 10072835 | $9.00 | $4.00 | LONGS DRUG STORE #205 | 7096 NORTH WEST AVENUE | FRESNO | CA | 93711 | 13645 | 4 | 04-Aug-99 |
| 16585 | 10055798 | $7.50 | $4.00 | LYNN'S HALLMARK | 5933 TRUSSVILLE | BIRMINGHAM | AL | 35235- | 03161 | 4 | 12-Mar-99 |
| 16585 | 10057581 | $7.50 | $4.00 | LYNN'S HALLMARK | VILLAGE MALL | AUBURN | AL | 36830- | 00682 | 4 | 24-Mar-99 |
| 16585 | 10057601 | $7.50 | $4.00 | LYNN'S HALLMARK | RIVER OAKS MALL | DECATUR | AL | 35601- | 00681 | 4 | 24-Mar-99 |
| 16585 | 10057616 | $7.50 | $4.00 | LYNN'S HALLMARK | 110 CENTURY PLAZA | BIRMINGHAM | AL | 35210- | 00687 | 4 | 24-Mar-99 |
| 16585 | 10057617 | $7.50 | $4.00 | LYNN'S HALLMARK | 2150 EAST WALNUT | DALTON | GA | 30721- | 00674 | 4 | 24-Mar-99 |
| 16585 | 10058066 | $7.50 | $4.00 | LYNN'S HALLMARK | UNIVERSITY MALL | PENSACOLA | FL | 32504- | 00684 | 4 | 25-Mar-99 |
| 16585 | 10058063 | $7.50 | $4.00 | LYNN'S HALLMARK SHOP | 3131 MANCHESTER EXPRESSWAY | COLUMBUS | GA | 31909 | 09016 | 4 | 25-Mar-99 |
| 16585 | 10068871 | $9.00 | $4.00 | MAIN STREET FLORAL & GIFT | 103 MAIN STREET | MARBLE ROCK | IA | 50653 | 14245 | 4 | 21-Jun-99 |
| 16585 | 10068874 | $9.00 | $4.00 | MAINE MADE SHOP | 93 MAIN STREET | WATERVILLE | ME | 04901- | 07262 | 4 | 21-Jun-99 |
| 16585 | 10089282 | $9.00 | $4.00 | MAINE MEDICAL CENTER GIFT SHOP | 220 BRAMHALL STREET | PORTLAND | ME | 04102 | 17035 | 4 | 02-Dec-99 |
| 16585 | 10082138 | $9.00 | $4.00 | MAPLE COTTAGE | 164 EMERALD STREET | WRENTHAM | MA | 02093- | 04199 | 4 | 12-Oct-99 |
| 16585 | 10081256 | $9.00 | $4.00 | MARGIE'S VITAMINS & CHRISTIAN | 30520 RANCHO CALIFORNIA | TEMECULA | CA | 92591 | 15267 | 4 | 04-Oct-99 |
| 16585 | 10065150 | $9.00 | $4.00 | MARK'S GARDEN CENTER | 1115 MAIN STREET | WATERTOWN | CT | 06795 | 13873 | 4 | 12-May-99 |
| 16585 | 10067442 | $8.25 | $4.00 | MARTIN'S HALLMARK SHOPS | LEAR ASSOCIATES | CLARKS SUMMIT | PA | 18411- | 04672 | 4 | 07-Jun-99 |
| 16585 | 10054958 | $8.25 | $4.00 | MARTIN'S SOUTH GATE DRUG | 5201 CAPITOL | TUMWATER | WA | 98501 | 08635 | 4 | 04-Mar-99 |
| 16585 | 10099561 | $10.00 | $4.00 | MCDANIEL'S DO IT CENTER | 510 2ND STREET | SNOHOMISH | WA | 98290 | 14548 | 4 | 09-Mar-00 |
| 16585 | 10068501 | $7.50 | $4.00 | MCHARRIS GIFTS | 216 SEWARD AVE | UTICA | NY | 13502- | 00956 | 4 | 18-Jun-99 |
| 16585 | 10056349 | $8.25 | $4.00 | MCHARRIS GIFTS | 216 SEWARD AVE | UTICA | NY | 13502- | 00956 | 12 | 17-Mar-99 |
| 16585 | 10098142 | $7.50 | $4.00 | MCHARRIS GIFTS | 216 SEWARD AVE | UTICA | NY | 13502- | 00956 | 12 | 01-Mar-00 |
| 16585 | 10065818 | $9.00 | $4.00 | MCMANUS GIFTS | 122 THIRD STREET | ELKINS | WV | 26241 | 13765 | 4 | 19-May-99 |
| 16585 | 10072602 | $9.00 | $4.00 | MERRY-GO-ROUND | 19 ROUTE 23 | HAMBURG | NJ | 07419 | 14565 | 4 | 02-Aug-99 |
| 16585 | 10083831 | $9.00 | $4.00 | MINCH HARDWARE & APPLIANCE | 123 SEMINARY ROAD | OWENTON | KY | 40359 | 16175 | 4 | 21-Oct-99 |
| 16585 | 10094005 | $10.00 | $4.00 | MOORE FROM THE HEART | 6069 EAST ABBEY | FLAGSTAFF | AZ | 86004 | 17317 | 4 | 24-Jan-00 |
| 16585 | 10059290 | $9.00 | $4.00 | MORGAN'S GIFTS & ACCESSORIES | 2832 HENDERSON DRIVE | JACKSONVILLE | NC | 28540 | 12308 | 4 | 06-Apr-99 |
| 16585 | 10059397 | $9.00 | $4.00 | MORGAN'S GIFTS & ACCESSORIES | 2832 HENDERSON DRIVE | JACKSONVILLE | NC | 28540 | 12308 | 4 | 06-Apr-99 |
| 16585 | 10065808 | $9.00 | $4.00 | MOSTLY MAINE | 200 LOWER MAIN STREET | FREEPORT | ME | 04032 | 13946 | 4 | 19-May-99 |

D0300

| Item | Invoice # | Price | Cost | Name | Address | City | State | Zip | Cust ID # | AQTYSOLD | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16585 | 10098168 | $8.75 | $4.00 | MOSTLY MAINE | 200 LOWER MAIN STREET | FREEPORT | ME | 04032 | 13946 | 12 | 01-Mar-00 |
| 16585 | 10102860 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 30-Mar-00 |
| 16585 | 10107276 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 27-Apr-00 |
| 16585 | 10107277 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 27-Apr-00 |
| 16585 | 10107278 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 27-Apr-00 |
| 16585 | 10107468 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107469 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107470 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107471 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107472 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107473 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107474 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107475 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10107476 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 28-Apr-00 |
| 16585 | 10108373 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108374 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108375 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108376 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108378 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108379 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10108380 | $7.50 | $4.00 | OLD TIME POTTERY | P.O. BOX 1838 | MURFREESBORO | TN | 37133 | 00748 | 12 | 02-May-00 |
| 16585 | 10097493 | $10.00 | $4.00 | OUTER BANKS MEMORIES | PO BOX 1536 | NAGS HEAD | NC | 27959-1536 | 17651 | 4 | 25-Feb-00 |
| 16585 | 10073868 | $9.00 | $4.00 | PALMERTON PLUMBING HEATING AND | HARDWARE | PALMERTON | PA | 18071 | 14945 | 4 | 12-Aug-99 |
| 16585 | 10059389 | $9.00 | $4.00 | PAM'S HALLMARK | 229 MERCHANTS WALK | SUMMERSVILLE | WV | 26651 | 13428 | 4 | 06-Apr-99 |
| 16585 | 10082847 | $8.25 | $4.00 | PAPER MILL /THE | DELAWARE PLAZA | DELMAR | NY | 12054- | 00975 | 4 | 18-Oct-99 |
| 16585 | 10069121 | $8.25 | $4.00 | PARTY PALACE | SHOPPES AT LONGWOOD | KENNETT SQUARE | PA | 19348 | 11754 | 4 | 24-Jun-99 |
| 16585 | 10055666 | $8.25 | $4.00 | PATRICK'S INC. | 207 PARKVIEW AVENUE | BANGOR | ME | 04401 | 12483 | 4 | 11-Mar-99 |
| 16585 | 10067358 | $9.00 | $4.00 | PETERSEN & TIETZ | 2275 INDEPENDENCE AVE | WATERLOO | IA | 50707 | 10129 | 4 | 07-Jun-99 |
| 16585 | 10097356 | $10.00 | $4.00 | PICADILLY FLOWERS | 4007 OLD SEWARD HWY #350 | ANCHORAGE | AK | 99503 | 18011 | 4 | 24-Feb-00 |
| 16585 | 10067614 | $9.00 | $4.00 | PINK SMOCK SHOP (THE) | ONE MEDICAL CENTER DR. | LEBANON | NH | 03756-0001 | 07387 | 4 | 09-Jun-99 |
| 16585 | 10070479 | $7.50 | $4.00 | PORTEOUS #53 | 641 STILLWATER AVE | BANGOR | ME | 04401 | 12126 | 4 | 07-Jul-99 |
| 16585 | 10097907 | $7.50 | $4.00 | PORTEOUS #53 | 641 STILLWATER AVE | BANGOR | ME | 04401 | 12126 | 4 | 01-Mar-00 |
| 16585 | 10097310 | $10.00 | $4.00 | RAINBOW GARDEN CENTER | PO BOX 479 | EASTABOGA | AL | 36260 | 18321 | 4 | 24-Feb-00 |
| 16585 | 10098867 | $10.00 | $4.00 | RED BALLOON GIFT SHOP | P.O. BOX 269 | WILMINGTON | DE | 19889 | 09061 | 4 | 06-Mar-00 |
| 16585 | 10055044 | $9.00 | $4.00 | RED COVERED BRIDGE SHOP | 1023 N. MAIN STREET | PRINCETON | IL | 61356 | 08387 | 4 | 05-Mar-99 |
| 16585 | 10101415 | $10.00 | $4.00 | REDDON'S DRUGS | P.O. BOX 212 | SUSQUEHANNA | PA | 18847 | 13090 | 4 | 22-Mar-00 |
| 16585 | 10054928 | $8.25 | $4.00 | REMEMBERING YOU INC. | PO BOX 275 | GLENELG | MD | 21737 | 06338 | 12 | 04-Mar-99 |
| 16585 | 10058161 | $8.25 | $4.00 | REYNOLDS BROS. INC | C/O EXCELLED | CARTERET | NJ | 07008 | 08734 | 36 | 26-Mar-99 |
| 16585 | 10060498 | $9.00 | $4.00 | ROBINSON HOUSE GALLERIES | 3 NORTH MONTGOMERY ST. | SPENCER | IN | 47460- | 07794 | 4 | 16-Apr-99 |
| 16585 | 10092644 | $8.25 | $4.00 | ROBINSON RETAIL ENTERPR. | 303 S.BROADWAY PMB-338 | DENVER | CO | 80209 | 16565 | 4 | 07-Jan-00 |
| 16585 | 10092645 | $8.25 | $4.00 | ROBINSON RETAIL ENTERPR. | 303 S.BROADWAY PMB-338 | DENVER | CO | 80209 | 16565 | 4 | 07-Jan-00 |
| 16585 | 10074476 | $8.25 | $4.00 | ROLEY'S HALLMARK | 3437 SOUTH MASON | FORT COLLINS | CO | 80525 | 11304 | 8 | 16-Aug-99 |
| 16585 | 10073769 | $8.25 | $4.00 | ROLEY'S HALLMARK #4 | 215 E FOOTHILL PARKWAY A-5 | FORT COLLINS | CO | 80525- | 02241 | 4 | 12-Aug-99 |
| 16585 | 10066926 | $9.00 | $4.00 | ROSEMARY'S HALLMARK | 1161 W. 5TH STREET | MARYSVILLE | OH | 43040 | 13522 | 8 | 03-Jun-99 |
| 16585 | 10069276 | $9.00 | $4.00 | ROYAL TOWNE GIFTS | RR 1 BOX 113K | ROYALTON | VT | 05068 | 13652 | 4 | 25-Jun-99 |
| 16585 | 10086032 | $9.00 | $4.00 | RUSTY NAIL (THE) | 24 BALTIMORE STREET | HANOVER | PA | 17331 | 16588 | 4 | 05-Nov-99 |
| 16585 | 10069119 | $9.00 | $4.00 | SCARBOROUGH FAIR | 24180 MAIN ST. | MARDELA SPRINGS | MD | 21837 | 14473 | 4 | 24-Jun-99 |
| 16585 | 10055669 | $9.00 | $4.00 | SCOTT'S HALLMARK | 215 MIDTOWN PLAZA | ROCHESTER | NY | 14604 | 10029 | 4 | 11-Mar-99 |
| 16585 | 10055797 | $9.00 | $4.00 | SCOTT'S HALLMARK | 11 STATE STREET | ROCHESTER | NY | 14614 | 11721 | 4 | 12-Mar-99 |
| 16585 | 10063645 | $9.00 | $4.00 | SEBASCO SEA CHEST | PO BOX 75 | SEBASCO ESTATES | ME | 04565- | 01170 | 4 | 04-May-99 |
| 16585 | 10065956 | $9.00 | $4.00 | SEVEN COUNTRY DUCKS | 572 MAIN STREET | MONROE | CT | 06468-0402 | 13977 | 4 | 20-May-99 |
| 16585 | 10086005 | $9.00 | $4.00 | SEVEN COUNTRY DUCKS | 572 MAIN STREET | MONROE | CT | 06468-0402 | 13977 | 4 | 05-Nov-99 |
| 16585 | 10108769 | $9.00 | $4.00 | SHERMANS | 56 MAIN ST. | BAR HARBOR | ME | 04609- | 06913 | 4 | 04-May-00 |
| 16585 | 10067642 | $9.00 | $4.00 | SHOP IN THE VALLEY | STEWART AVE | ROSCOE | NY | 12776 | 14157 | 4 | 09-Jun-99 |
| 16585 | 10067583 | $9.00 | $4.00 | SILVERMINE TAVERN COUNT. STORE | 194 PERRY AVE | NORWALK | CT | 06850 | 13839 | 4 | 08-Jun-99 |
| 16585 | 10067680 | $9.00 | $4.00 | SILVERMINE TAVERN COUNT. STORE | 194 PERRY AVE | NORWALK | CT | 06850 | 13839 | 4 | 09-Jun-99 |

| Item | Invoice # | Price | Cost | Name | Address | City | State | Zip | Cust ID # | AQTYSOLD | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16585 | 10086230 | $9.00 | $4.00 | SIMPLY AMISH | 17861 WELLSWOOD ROAD | FORT MYERS | FL | 33917 | 16874 | 4 | 08-Nov-99 |
| 16585 | 10059708 | $9.00 | $4.00 | SPOTTED GIRAFFE (THE) | 5526 MAIN STREET | WILLIAMSVILLE | NY | 14221 | 14238 | 4 | 08-Apr-99 |
| 16585 | 10061032 | $9.00 | $4.00 | ST. JOSEPH MEDICAL CENTER | GIFT SHOP | JOLIET | IL | 60435- | 06665 | 4 | 13-Apr-99 |
| 16585 | 10070101 | $9.00 | $4.00 | ST. MARY MEAD | 4210 BRIDGE STREET | CAMBRIA | CA | 93428 | 14238 | 4 | 02-Jul-99 |
| 16585 | 10086488 | $9.00 | $4.00 | ST. MARY MEAD | 4210 BRIDGE STREET | CAMBRIA | CA | 93428 | 14238 | 4 | 11-Nov-99 |
| 16585 | 10061626 | $9.00 | $4.00 | STEVEN'S FLORAL | 315 W. JEFFERSON | EFFINGHAM | IL | 62401 | 13614 | 4 | 22-Apr-99 |
| 16585 | 10078380 | $9.00 | $4.00 | STONEHOUSE SHOP | 200 EAST STATE STREET | KENNETT SQUARE | PA | 19348 | 15178 | 4 | 13-Sep-99 |
| 16585 | 10060581 | $9.00 | $4.00 | STORMANS INC. | 1932 EAST FOURTH AVE. | OLYMPIA | WA | 98506 | 12980 | 4 | 16-Apr-99 |
| 16585 | 10055323 | $8.25 | $4.00 | STRANG HATCHER CORP. | P.O. BOX 6206 | RICHMOND | VA | 23230- | 02983 | 4 | 09-Mar-99 |
| 16585 | 10055534 | $8.25 | $4.00 | STRANG HATCHER CORP. | P.O. BOX 6206 | RICHMOND | VA | 23230- | 02983 | 4 | 10-Mar-99 |
| 16585 | 10055804 | $8.25 | $4.00 | STRANG HATCHER CORP. | P.O. BOX 6206 | RICHMOND | VA | 23230- | 02983 | 4 | 12-Mar-99 |
| 16585 | 10056037 | $8.25 | $4.00 | STRANG HATCHER CORP. | P.O. BOX 6206 | RICHMOND | VA | 23230- | 02983 | 4 | 15-Mar-99 |
| 16585 | 10074810 | $9.00 | $4.00 | SUGAR CREEK | 23 HIGH PINE CIRCLE | EAST LONGMEADOW | MA | 01028 | 14972 | 4 | 17-Aug-99 |
| 16585 | 10097329 | $10.00 | $4.00 | SUNNYBROOK FARMS | 1102 S. PERRY STREET | SPOKANE | WA | 99202 | 17928 | 4 | 24-Feb-00 |
| 16585 | 10067490 | $9.00 | $4.00 | SURROUNDINGS | RR 1 BOX 5408 | LINCOLNVILLE | ME | 04849 | 10274 | 4 | 08-Jun-99 |
| 16585 | 10065011 | $8.25 | $4.00 | T O G H M INC. | 3155 DAISY LOG DRIVE | BLAIRSVILLE | GA | 30512 | 13714 | 12 | 11-May-99 |
| 16585 | 10079537 | $9.00 | $4.00 | TAKE CARE OF YOU | 220 SPLIT ROCK ROAD | GRANTHAM | NH | 03753 | 15506 | 4 | 20-Sep-99 |
| 16585 | 10066176 | $9.00 | $4.00 | TES INC. | 2811 LINCOLN HWY EAST | RONKS | PA | 17572 | 13972 | 4 | 25-May-99 |
| 16585 | 10082716 | $9.00 | $4.00 | TES INC. | 2811 LINCOLN HWY EAST | RONKS | PA | 17572 | 13972 | 4 | 15-Oct-99 |
| 16585 | 10077569 | $8.25 | $4.00 | TINA'S HALLMARK-BOUNTIFUL | FIVE POINT MALL | BOUNTIFUL | UT | 84010- | 00093 | 4 | 02-Sep-99 |
| 16585 | 10076517 | $9.00 | $4.00 | TOLE N TRINKETS | A COUNTRY EMPORIUM | NEW WILMINGTON | PA | 16142 | 14690 | 4 | 27-Aug-99 |
| 16585 | 10101078 | $10.00 | $4.00 | TOWN & COUNTRY | 397 E ALTAMONTE DRIVE | ALTAMONTE SPRINGS | FL | 32701 | 18697 | 4 | 21-Mar-00 |
| 16585 | 10061268 | $9.00 | $4.00 | TOWN CRIER GIFT SHOP | 1141 BRIDGE STREET | LOWELL | MA | 01851- | 07197 | 4 | 21-Apr-99 |
| 16585 | 10097578 | $10.00 | $4.00 | TRINKETS & TREASURES | 47 SOUTH MAIN STREET | FOND DU LAC | WI | 54935 | 11048 | 4 | 25-Feb-00 |
| 16585 | 10072282 | $9.00 | $4.00 | TWIG GIFT SHOP | ROCHESTER GENERAL HOSPITAL | ROCHESTER | NY | 14621 | 14808 | 4 | 29-Jul-99 |
| 16585 | 10066954 | $9.00 | $4.00 | VALLEY LUTHERAN HOSP.GIFT SHOP | 525 WEST BROWN ROAD | MESA | AZ | 85201 | 14090 | 4 | 03-Jun-99 |
| 16585 | 10109209 | $10.00 | $4.00 | VERMONT HERITAGE GIFT | AND CRAFT CENTER | STOWE | VT | 05672 | 04801 | 4 | 08-May-00 |
| 16585 | 10097446 | $10.00 | $4.00 | VERN'S WINSLOW DRUG | 290 WINSLOW WAY EAST | BAINBRIDGE ISLAND | WA | 98110 | 13027 | 4 | 24-Feb-00 |
| 16585 | 10085811 | $9.00 | $4.00 | VILLAGE GREENERY | 620 WYOMING AVE. | PITTSTON | PA | 18643 | 14021 | 4 | 04-Nov-99 |
| 16585 | 10078326 | $9.00 | $4.00 | VILLAGE SHOPKEEPER | 470 FORREST AVE. | PLYMOUTH | MI | 48170 | 15512 | 4 | 10-Sep-99 |
| 16585 | 10074401 | $9.00 | $4.00 | WARM HEARTH (THE) | P.O. BOX 189 | JULIAN | CA | 92036 | 13964 | 4 | 16-Aug-99 |
| 16585 | 10086065 | $9.00 | $4.00 | WARM HEARTH (THE) | P.O. BOX 189 | JULIAN | CA | 92036 | 13964 | 4 | 05-Nov-99 |
| 16585 | 10065146 | $9.00 | $4.00 | WHERE ELSE | 458 SOUTH MAIN STREET | BRIGHAM CITY | UT | 84302- | 07391 | 4 | 12-May-99 |
| 16585 | 10059652 | $9.00 | $4.00 | WHITTWOOD CAR WASH | 16010 EAST WHITTIER BLVD | WHITTIER | CA | 90603 | 12623 | 4 | 08-Apr-99 |
| 16585 | 10085334 | $9.00 | $4.00 | WILD IRIS | 214 CENTER STREET | MOLALLA | OR | 97038 | 16625 | 4 | 01-Nov-99 |
| 16585 | 10072876 | $9.00 | $4.00 | WRAGGE PHARMACY | 332 SOUTH 13TH STREET | TEKAMAH | NE | 68061 | 14512 | 4 | 04-Aug-99 |
| | | | | | | | | | | 1337 | |