# EXHIBIT C

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:00-cv-12623-NG

Tilley v. TJX Companies, et al
Assigned to: Nancy Gertner
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 17:501 Copyright Infringement

Date Filed: 12/26/00
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**
-------------------------

**Gerardine Tilley**　　　　　　　　　　represented by　**James C. Duda**
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507
413-272-6284
Fax : 413-272-6806
Email: jduda@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra J. Staub**
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507
413-781-2820
Fax : 413-272-6804
Email: sstaub@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Defendant
------------------------

| | | |
|---|---|---|
| TJX Companies | represented by | **David M. O'Connor**<br>O'Connor & Associates<br>100 State Street<br>4th Floor<br>Boston, MA 02109<br>617-723-7201<br>Fax : 617-723-7202<br>Email: oconnorlaw@att.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason C. Kravitz**<br>Nixon Peabody, LLP<br>101 Federal Street<br>Boston, MA 02110<br>617-345-1000<br>Fax : 617-345-1300<br>Email: jkravitz@nixonpeabody.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Dennis East International Inc. | represented by | **David M. O'Connor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason C. Kravitz**<br>(See above for address)<br>*TERMINATED: 05/08/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/26/2000 | 1 | Complaint filed. Case assigned to Judge: Gertner. Receipt #: 27647 Amount:$ 150.00. Fee Status: pd (fmr) (Entered: 12/27/2000) |
| 12/26/2000 | | Summons issued for TJX Companies, Dennis East Inter. (fmr) (Entered: 12/27/2000) |
| 12/27/2000 | | (fmr) (Entered: 12/27/2000) |
| 02/16/2001 | 2 | Waiver of service returned executed as to TJX Companies . Mailed on 12/29/00 . Answer due on 2/27/01 for Dennis East Inter. (fmr) (Entered: 02/20/2001) |
| 02/16/2001 | 3 | Waiver of service returned executed as to Dennis East Inter. . Mailed on 12/29/00 . Answer due on 2/27/01 for Dennis East Inter. (fmr) (Entered: 02/20/2001) |
| 02/27/2001 | 4 | Answer by Dennis East Inter. to complaint; jury demand, filed. (fmr) (Entered: 03/01/2001) |

\*

\*

\*

| | | |
|---|---|---|
| 06/16/2004 | | Judge Nancy Gertner : ELECTRONIC ORDER entered: The parties are to submit proposed orders of final judgment pursuant to Rule 58, Fed.R.Civ.Pro. by June 24, 2004. The proposed orders should include the judgment entered against TJX by the stipulation of the parties, and the judgment entered against Dennis East by virtue of the parties' stipulations and the jury's verdict. The proposed orders should also include each party's proposal for prejudgment interest, if any, along with the justification for awarding prejudgment interest from the particular date proposed.(Gertner, Nancy) Modified on 6/17/2004 to reflect that this is an electronic order (Filo, Jennifer). (Entered: 06/16/2004) |
| 06/16/2004 | 106 | JURY VERDICT in favor of Plaintiff against Defendants. (Filo, Jennifer) (Entered: 06/16/2004) |
| 06/20/2004 | | Judge Nancy Gertner : ELECTRONIC ORDER entered granting 107 Motion for Directed Verdict. (NOTE: This motion was granted in open court at the close of the evidence in the case.) (Gertner, Nancy) (Entered: 06/20/2004) |

272925                                                                3