# EXHIBIT E

## Retailers Located in Massachusetts

| Massachusetts Retailer | Massachusetts Retailer Address |
|---|---|
| C&J Camera | Route 58<br>Shaws Plaza<br>Hanson, MA 02341 |
| Country Colonial Shop | P.O. Box 91<br>Southwick, MA 01077 |
| HG Buying, Inc. | P.O. Box 9338<br>Framingham, MA 01701 |
| Hafta Havit | 160 Schoosett Street<br>Pembroke, MA 02359 |
| The Hay Scales Exchange | 2 Johnson Street<br>North Andover, MA 01845 |
| Hopkinton Drug & Hallmark | 52 Main Street<br>Hopkinton, MA 01748 |
| Jennifer's Hallmark | Scarlet Brook Marketplace<br>Route 12<br>West Boylston, MA 01583 |
| Joseph Cormier & Associates | 59 Middlesex Turnpike<br>Green Pod Room 460<br>Bedford, MA 01730 |
| Mall Store/Minuteman Regional High School | Vocational Tech.<br>Lexington, MA 02173 |
| Maple Cottage | 164 Emerald Street<br>Wrentham, MA 02093 |
| Call-A-Copy d/b/a Quaint Things | 102 Main Street<br>Maynard, MA 01754 |
| Russel's Garden Center | 397 Boston Post Road<br>Wayland, MA 01778 |
| Spag's Supply, Inc. | 193 Boston Turnpike<br>Shrewsbury, MA 01545 |
| Sugar Creek | 23 High Pine Circle<br>East Longmeadow, MA 01028 |
| Town Crier Gift Shop | 1141 Bridge Street<br>Lowell, MA 01851 |
| Williamsburg General Store | 12 Main Street<br>Williamsburg, MA 01096 |