EXHIBIT F

# Retailers With Massachusetts Facility, or Who Solicited Business in Massachusetts or Derived Large Revenues from Massachusetts

| Retailer Name | Retailer Address |
|---|---|
| Burlington Coat Factory | Accounts Payable Dept. (Linens)<br>US Highway No. 130<br>Burlington, NJ 08016 |
| Strictly Vermont Candles | 405 School Road<br>Holland, VT 05830 |
| The Strawberry Tree, Inc. | 1 Merrimac Street<br>Newburyport, PA 01950 |
| Village Peddler | 14 Erie Avenue<br>Saint Mary's, PA 15857 |

In addition, according to Dennis East's data, 4 retailers (1836 Country Store, Country Clutter, Dezines by Ryan and Red Geranium) do not deny that they have a Massachusetts facility, regularly solicit business in Massachusetts or derive substantial revenues in Massachusetts. See table accompanying Mr. Abate's affidavit.

**EXHIBIT G**

# Retailers That Admit to Selling Infringing Items in Massachusetts

| Retailer Name | Retailer Address |
|---|---|
| A Basket Full | 121 East Main Street<br>Boalsburg, PA 16827 |
| Abigail's | 145 Spring Street<br>Newton, NJ 07860 |
| Berry Patch | 1008 So. Main Street<br>Cheshire, CT 06410 |
| Bill's Fabric, Inc. | Box 11<br>Saint Paul, VA 24283 |
| Bob Bolen\'s, Inc. | 1663 W. Henderson<br>Cleburne, TX 76033 |
| Calico Cat | 10 Washington Avenue<br>Grand Haven, MI 49417 |
| Cedar Trading Post | 19852 Juniper Road<br>Apple Valley, CA 92308 |
| City Drug | 314 3rd Street<br>International, MN 56649 |
| Clark's Hallmark | Ledgewood Mall<br>Route 10<br>Ledgewood, NJ 07852 |
| Colonial Clipper | 396 Central Street<br>Franklin, NH 03235 |
| Crafters Alley | 18 John Street<br>Westminster, MD 21157 |
| Cricket Book Shop | 17800 New Hampshire Avenue<br>Ashton, MD 20861 |
| Dee's Crafts | 5005A Shelbyville Road<br>Louisville, KY 40207 |
| Discount Decorating Outlet | 11618 Page Service Drive<br>Saint Louis, MO 63146 |
| Ellis Pottery, Inc. | 4810 Hazel Jones Road<br>Bossier City, LA 71111 |
| Foggy Mountain Gifts | 102 W. Main Street<br>Burnsville, NC 28714 |
| Gallie's Hallmark | Lawrence Village Plaza<br>New Castle, PA 16101 |
| Georgetown Auto Sales | 100 N. Dupont Highway<br>Georgetown, DE 19947 |
| Gifty Baskets & Flowers | 43 Frederick Street<br>Hanover, PA 17331 |
| Glenna's Garden | 317 Montclair Street<br>Bakersfield, CA 93309 |
| Greetings & Readings | 809 Taylor Avenue<br>Towson, MD 21286 |
| Habersham Winery | P.O. Box 808<br>Helen, GA 30549 |
| Happy's Hallmark | 173 South Main Street<br>Colville, WA 99114 |
| Huckleberry's | 1916 S. Marquette<br>Prairie Du Chien, WI 53821 |
| Joyworks | 1002 First Street<br>Snohomish, WA 98290 |

# Retailers That Admit to Selling Infringing Items in Massachusetts

| Retailer Name | Retailer Address |
|---|---|
| Kerchner's Hallmark | 3024 Cleveland Avenue SW<br>Canton, OH 44707 |
| Kirland's, Inc. | General Accounting Office<br>Jackson, TN 38308-7222 |
| Lambrecht's Inc. | 119 N. Minnesota<br>New Ulm, MN 56073 |
| Lock, Stock & Barrell | 349 Eastview Mall<br>Victor, NY 14564 |
| Martin's Southgate Drug | 5201 Capitol<br>Turnwater, WA 98501 |
| Mendon Mountain Orchards | 16 US Route 4<br>Mendon, VT 05701 |
| Morse Farm, Inc. | 1168 County Road<br>Montpelier, VT 05602 |
| Outer Banks Memories | P.O. Box 1536<br>Nags Head, NC 27959-1536 |
| Patton Pharm. | 345 South Main Street<br>Woodruff, SC 29388 |
| Purcellville Pharm. | 711 East Main Street<br>Purcellville, VA 20132 |
| Rainbow Omega d/b/a Rainbow Garden Center | P.O. Box 479<br>Eastaboga, AL 36260 |
| Ramona Interiors | 707 Main Street<br>Ramona, CA 92065-2045 |
| Red Covered Bridge | 1023 N. Main Street<br>Princeton, IL 61356 |
| Remembering You, Inc. | P.O. Box 275<br>Gleneig, MD 21737 |
| Ribbons, Inc. | 272 Waterloo Street<br>Warrenton, VA 20186 |
| Royal Towne Gifts | RR 1 Box 113K<br>Royalton, VT 05068 |
| Starbuck Co. | 201 Edwards Street<br>Merkel, TX 79536 |
| Storman's, Inc. | 1932 East Fourth Avenue<br>Olympia, WA 98506 |
| Swezey & Newins | Accounts Payable Dept.<br>3rd Floor<br>Patchogue, NY 11772 |
| The Bare Woods | 3330 West 26 Street<br>Erie, PA 16506 |
| The Browsing Barn | 71 Genesee Street<br>Cuba, NY 14727 |
| The Country Peddler (Wash.) | 2315 Main Street<br>Vancouver, WA 98663 |
| The Curious Cow | P.O. Box 259<br>Route 3<br>North Woodstock, NH 03262 |

# Retailers That Admit to Selling Infringing Items in Massachusetts

| Retailer Name | Retailer Address |
|---|---|
| The Front Porch | 4101 Tates Creek Road, Lexington, KY 40517 |
| The Fun Shop, Inc. | P.O. Box 795, Middleburg, VA 20116 |
| The Gingerbread House | 4932 Behcnmark Centre Drive, Swansea, IL 62226 |
| The Logan House | 400 N. Beech Street, Burnham, PA 17009 |
| The Natural Habitat | 3020 US 41 West, Marquette, MI 49855 |
| The Pleasantree | 710 Niles Road, Fairfield, OH 45014 |
| The Rusty Nail | 24 Baltimore Street, Hanover, PA 17331 |
| The Shoppe Keeper | 70 Main Street, Greenwich, NY 12834 |
| Theda Clark Gift Shop | 130 Second Street UPS 166, Neenah, WI 54956 |
| Vern's Winslow Drug | 290 Winslow Way East, Bainbridge Island, WA 98110 |