## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Geradine E. Tilley,</u>

Plaintiff

       V.

<u>1836 Country Store, et al</u>

Defendant

CIVIL ACTION

NO. <u>04-11220-NG</u>

### SETTLEMENT ORDER OF DISMISSAL

<u>Gertner, D. J.</u>

    The Court having been advised on <u>September 16, 2004</u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                   By the Court,

<u>  9/16/04  </u>                    <u>s/Maryellen Molloy</u>
    Date                            Deputy Clerk

(60 DISM TILLEY 9-16-04.wpd - 12/98)                        [stlmtodism.]