UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  |  | Civil Action No. 04-CV-11220-NG |
| GERARDINE E. TILLEY, | ) |  |
|    Plaintiff, | ) |  |
| v. | ) |  |
|  | ) | PLAINTIFF'S MOTION TO REOPEN |
| 1836 COUNTRY STORE, *et al*. | ) | (ASSENTED TO) |
|    Defendants. | ) |  |

NOW COMES the Plaintiff, Gerardine E. Tilley, and moves that this Honorable Court reopen the above-caption matter.

In support of this motion, Ms. Tilley states:

1. On September 24, 2004, this Court ordered this matter dismissed with leave to reopen within 60 days of September 16, 2004 if, for good cause shown, the settlement between the parties was not consummated. (Docket No. 10).

2. The parties have been negotiating, and continue to negotiate, terms of settlement in good faith and have circulated a draft settlement agreement several times.

3. The agreement, however, is not yet finalized and the conditions precedent to execution also not yet met, although the parties do not believe there is any substantial obstacle to final settlement.

4. Defendants' counsel has assented to the reopening of the matter in light of the status of settlement.

5. The undersigned certifies that in accordance with L.R. 7(1)(a) he has conferred with opposing counsel and attempted in good faith to resolve or narrow the issue.

WHEREFORE, the Plaintiff therefore asks that this Court reopen this matter so that the case may proceed, in the unlikely event that the parties do not ultimately reach final settlement.

        Respectfully Submitted,

        Attorneys for Plaintiff
        GERARDINE E. TILLEY


           /s/ James C. Duda
        James C. Duda, Esq.
         BBO No. 551207
        Bulkley, Richardson & Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA 01115
        Tel: (413) 272-6284
        Fax: (413) 272-6806