UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 18 P 12: 18
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| GERALDINE E. TILLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action |
| | ) No. 04-CV-11220NG |
| 1836 COUNTRY STORE, et al., | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-referenced action be dismissed with prejudice, without costs, and waiving all rights of appeal.

PLAINTIFF
By her attorney,

/s/ James C. Duda
James C. Duda
BBO No. 551207
BULKLEY, RICHARDSON & GELINAS
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
(413) 781-2820

DEFENDANTS
By their attorneys,

_____[signature]_____
David M. O'Connor
BBO No. 544166
Joseph C. Abate
BBO No. 566705
O'CONNOR & ASSOCIATES
100 State Street, 4th Floor
Boston, MA  02109
(617) 723-7201

Dated: 14 Feb 05